IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DUSTIN SARRETT, et al.,

    Plaintiffs,

v.                                          Civ. No. 11-1021 KG/SCY

ROY A. CORDOVA, et al.,

    Defendants.

## ORDER DISMISSING PLAINTIFFS SARRETT AND LEYVA'S CLAIMS WITH PREJUDICE

Having adopted the Proposed Findings and Recommended Disposition (Doc. 279) by an Order Adopting Proposed Findings and Recommended Disposition filed contemporaneously with this Order Dismissing Plaintiffs Sarrett and Leyva's Claims with Prejudice,

IT IS ORDERED that Plaintiff Dustin Sarrett and Plaintiff Oscar Leyva's claims are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE