IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DUSTIN SARRETT, et al.,

    Plaintiffs,

v.                                            Civ. No. 11-1021 KG/SCY

ROY A. CORDOVA, et al.,

    Defendants.

## ORDER

Having terminated the lead case No. CIV 11-0658 KG/SCY by a Final Order of Dismissal (Doc. 285) on February 6, 2018, and having vacated the Order Granting Motion to Consolidate (Doc. 36) on February 6, 2018, *see* (Doc. 284) filed in No. CIV 11-0658 KG/SCY,

    IT IS ORDERED that

1. the Clerk's office transfer the following motions and filings from case No. CIV 11-0658 KG/SCY to this case: Docs. 238, 242, 256, 265, 266, 269, 270; and

2. the parties shall file further matters in this case.

_____
UNITED STATES DISTRICT JUDGE