IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARK SANCHEZ, and
PATRICK MARQUEZ,
*on behalf of themselves and a class
of similarly situated individuals*,

      Plaintiffs,

v.                                                                           Civ. No. 11-1021 KG/SCY

DEREK WILLIAMS, et al.,

      Defendants.

ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Village of Los Lunas and Village of Bosque Farms Defendants' Motion to Dismiss, filed February 14, 2018. Doc. 59. On February 15, 2018, the Court referred this motion to United States Magistrate Judge Steven C. Yarbrough for entry of proposed findings and a recommended disposition. Doc 60. Judge Yarbrough held a hearing on the motion on April 5, 2018. Doc. 73.

On June 1, 2018, Judge Yarbrough entered his Proposed Findings and Recommended Disposition (PFRD) in which he recommends that the Court grant in part and deny in part Defendants' motion such that the Court dismiss with prejudice Plaintiffs' class claims and deny Defendants' motion to dismiss Plaintiffs' individual claims. Doc. 86. Judge Yarbrough notified the parties that they had 14 days from the service of the PFRD to file any objections to the PFRD. *Id*. at 16. No party filed objections to the PFRD.

Upon review of the PFRD, I concur with Judge Yarbrough's findings and recommendations and will adopt the PFRD. **IT IS THEREFORE ORDERED THAT:**

1. the Court adopts the PFRD (Doc. 86);

2. Defendants' Motion to Dismiss (Doc. 59) is granted in part and denied in part; and

3. Plaintiffs' class claims are dismissed with prejudice.

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE