IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARK SANCHEZ AND PATRICK MARQUEZ,
*On Behalf Of Themselves and a Class Of*
*Similarly Situated Individuals*,

        Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　　Civ. No. 11-1021 KG/SCY

DEREK WILLIAMS, et al.,

        Defendants.

## ORDER OF REFERENCE

In accordance with the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Va. Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), this matter is referred to Magistrate Judge Steven C. Yarbrough to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommended to the Court an ultimate disposition of the *Motion for Reconsideration of Order Partially Denying the Motion to Dismiss Filed On Behalf of the Los Lunas and Bosque Farms Defendants* (Doc. 91), and *County Defendants' Motion to Dismiss for Lack of Prosecution* (Doc. 92). The Magistrate Judge will submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The parties will be given the opportunity to object to the proposed findings, analysis, and disposition as described in 28 U.S.C. § 636(b)(1). Objections must be filed within fourteen (14) days after being served with a cop of the proposed disposition.

                                                                              _____
                                                                              UNITED STATES DISTRICT JUDGE